# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 9/18/13**

In re:   Case No.:   13–25802 DER     Chapter:   7

Joseph A. Farah                                                    Rachel E. Farah
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 7 Voluntary Petition. Fee Amount $306 Filed by Joseph A. Farah, Rachel E. Farah. Section 521(i)(1) Incomplete Filing date: 11/4/2013. Assume or Reject Section 365(d) Non–Residential Unexpired Lease due by 01/17/2014. (Attachments: # 1 Affidavit Matrix Cover Sheet # 2 Exhibit D) (Broida, Charles)

PROBLEM: The nature of debt listed on the Voluntary Petition is different from what is shown in the courts Electronic Case Filing System.

CURE: File and amended petition along with a certificate of service to indicate the correct nature of debt for debtor(s).

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 10/2/13.**

**Additional information for non–attorney filers is available at
http://www.mdb.uscourts.gov/content/after–filing**

                                                            Mark D. Sammons, Clerk of Court
                                                            by Deputy Clerk, Daniel Walston  301–344–3496

cc:   Debtor(s)
      Attorney for Debtor(s) – Charles J. Broida

                                                                                    Form defntc (01/06)